IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CATHY TAYLOR,

    Petitioner,

v.                                          Case No.     4:15cv257-MW/CAS

JONES, Warden,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition, ECF No. 1, is **DISMISSED as moot**." The Clerk shall close the file.

SO ORDERED on January 3, 2017.

                                                         **s/Mark E. Walker                  **
                                                         **United States District Judge**

---

[1] Petitioner has failed to keep this Court advised of her address. A review of the website for the Federal Bureau of Prisons indicates Petitioner was released from custody on November 18, 2016.